UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ULYSSES HAGGENMILLER,                                        Civil No. 07-331 DSD/AJB

    Plaintiff,

v.                                                           O R D E R

CHISAGO COUNTY,

    Defendant.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated March 2, 2007, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

1. Plaintiff's application for leave to proceed in forma pauperis, (Docket No. 2), is **DENIED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE**.


DATED:  March 20, 2007

                                                s/David S. Doty
                                                David S. Doty, Judge
                                                United States District Court